IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **Emage Medical, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Insight Innovation Partners, LLC and Cari Ray,**<br><br>**Defendants.** | **Notice of Removal** |

Please take notice that Defendants Insight Innovation Partners, LLC and Cari Ray, by and through the undersigned counsel, hereby remove this action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, Charlote Division pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446 as follows:

### I. Background

1. Plaintiff Emage Medical, LLC is a North Carolina limited liability with three members: Lonnie Wallace, Kyle Scheer, and Kristen Hammock.

2. On information and belief, Lonnie Wallace, Kyle Scheer, and Kristen Hammock are all citizens of North Carolina.

3. Defendant Insight Innovation Partners, LLC is a single-member LLC and its sole member, Defendant Cari Ray, is a citizen and resident of South Carolina.

4. Plaintiff filed this action against Defendants in Mecklenburg County Superior Court on January 27, 2026.

5. Defendants Insight Innovation Partners, LLC and Cari Ray were served on January 28, 2026.

6. Plaintiff alleges multiple causes of action against Defendants, including one for Unfair and Deceptive Trade Practices, seeking alleged damages in a sum in excess of $25,000 and that such amount be trebled. (Compl. ¶¶ 120-121.)

## II. Defendants' Notice of Removal is Timely

7. Under 28 U.S.C. § 1446(b)(1), this Petition for Removal is timely as it was filed within 30 days of service of Plaintiff's Complaint.

## III. Federal Jurisdiction Exists

8. Plaintiff seeks to recover "damages…in a sum exceeding $25,000" and that such amount be trebled. (Compl. ¶¶ 120-121.)

9. Under 28 U.S.C. §1332(a), "[t]he District Courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and is between…citizens of different states." 28 U.S.C. §1332(a).

10. The parties are citizens of different states and the amount in controversy exceeds the $75,000 threshold amount set forth in 28 U.S.C. §1332. (Compl. ¶¶ 120-121.) Accordingly, this matter is appropriate for removal under 28 U.S.C. § 1332. This Notice is timely filed. Therefore, this petition for removal complies with the procedure set forth in 28 U.S.C. § 1446.

## IV. Removal to this District Court is Proper

11. Removal of this civil action to the United States District Court for the Western District of North Carolina, Charlotte Division, is proper because Plaintiff filed this action in Mecklenburg County Superior Court, which lies within this federal district and division pursuant to 28 U.S.C. § 1441(a).

## V. Removal Requirements

12. Pursuant to 28 U.S.C. 1446(a), copies of all process, pleadings, and orders served to date upon Defendants in this matter are attached hereto as Exhibit A.

13. A copy of this Notice of Removal will promptly be served on counsel for Plaintiff, and a notice of its filing shall be filed today with the Clerk of Superior Court of Mecklenburg County, North Carolina, pursuant to 28 U.S.C. § 1446(d)

This, the 27th day of February, 2026

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com

<u>**Certificate of Service**</u>

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system and served it on all counsel of record by mail as below indicated, with a courtesy copy sent by email:

> Jordan LaTorre
> David Redding
> 2901 Providence Road, Suite 303
> Charlotte, North Carolina 28211
> (704) 900-2215
> jlatorre@tlg-law.com
> dredding@tlg-law.com
> *Counsel for Plaintiff*

This, the 27th day of February, 2026

**HULL & CHANDLER**

> By: */s/ Elizabeth Vennum*
> Elizabeth Vennum
> N.C. State Bar No. 49747
> Counsel for Defendant
> Hull & Chandler
> 1009 East Boulevard
> Charlotte, NC 28203
> Tel. (704) 375-8488
> Fax (704) 375-8487
> lvennum@lawyercarolina.com