IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 3:26-cv-00157

| | |
|---|---|
| **Emage Medical, LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Insight Innovation Partners, LLC and Cari Ray**<br><br>**Defendants.** | **Consent Motion for Extension of Time** |

Defendants Insight Innovation Partners, LLC and Cari Ray, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and with the consent of Plaintiff, respectfully move the Court for a 7-day extension of time to answer or otherwise respond to the Complaint.

In support of this Motion, Defendants state as follows:

1. Plaintiff filed its Complaint in Mecklenburg County Superior Court on January 27, 2026.

2. Defendant Cari Ray was served on January 28, 2026.

3. Defendant Insight Innovation Partners was served on January 29, 2026.

4. Pursuant to 28 U.S.C. § 1446(b)(1), this matter was timely removed to this Court on February 27, 2026.

5. Pursuant to Fed R. Civ. P 81(c)(2)(C), Defendants have 7 days after removal, or until Friday, March 6, 2026 to answer or otherwise respond.

6. With consent of Plaintiff, Defendants request a 7-day extension of time, through and including Friday March 13, 2026, to answer or otherwise respond to the Complaint.

7. Good cause exists for the requested extension because the undersigned counsel was recently retained and needs additional time to review the pleadings and confer with Defendants to determine and prepare the appropriate responsive pleading.

8. A proposed Order will be submitted herewith.

THEREFORE, Defendants respectfully request the Court extend the deadline for their response to Plaintiff's Complaint from March 6, 2026 to March 13, 2026.

This, the 27th day of February, 2026

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com
*Counsel for Defendants*

<u>**Certificate of Service**</u>

  This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to CM/ECF participants, and that the undersigned will serve counsel not registered with CM/ECF by e-mail as follows:

        Jordan LaTorre
        David Redding
        2901 Providence Road, Suite 303
        Charlotte, North Carolina 28211
        (704) 900-2215
        jlatorre@tlg-law.com
        dredding@tlg-law.com
        *Counsel for Plaintiff*

This, the 27th day of February, 2026

        **HULL & CHANDLER**

      By: */s/ Elizabeth Vennum*
        Elizabeth Vennum
        N.C. State Bar No. 49747
        Counsel for Defendant
        Hull & Chandler
        1009 East Boulevard
        Charlotte, NC 28203
        Tel. (704) 375-8488
        Fax (704) 375-8487
        lvennum@lawyercarolina.com

Page **3** of **3**
Case 3:26-cv-00157-MEO-DCK  Document 5  Filed 02/27/26  Page 3 of 3