IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 3:26-cv-00157

| | |
|---|---|
| **Emage Medical, LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Insight Innovation Partners, LLC and Cari Ray**<br><br>**Defendants.** | **Partial Motion to Dismiss<br>Pursuant to Rule 12(b)(6)** |

NOW COME Defendants Insight Innovation Partners, LLC and Cari Ray, by and through the undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and respectfully move the Court to dismiss Plaintiff Emage Medical LLC's claim for Breach of Contract as it relates to the Noncompete provision of the Second Ray ICA and its claim for Unfair and Deceptive Trade Practices as follows:

In support of this Motion, Defendants state as follows:

1. In its Complaint, Emage alleges that Defendants violated the Noncompete provisions (NCAs) of an Independent Contractor Agreement (Second Ray ICA), however as set forth in Defendants' Memorandum of Law, the Second Ray ICA is overly broad and unenforceable as a matter of law. Therefore, Emage fails to state a claim in regard to Defendants' alleged violation of the NCAs.

2. Emage also alleges that Defendants engaged in unfair and deceptive trade practices in violation of Chapter 75 of the North Carolina General Statutes. As set forth in Defendants' Memorandum of Law, most of the conduct Emage claims constitutes unfair and deceptive does

not occur in commerce, and Emage's conclusory allegations lack factual support to survive a Motion to Dismiss.

3. A Memorandum of Law in Support of Defendants' Partial Motion to Dismiss is filed with this Motion.

THEREFORE, Defendants respectfully request the Court dismiss Plaintiff Emage's claims for Breach of Contract as it relates to the Noncompete and for Unfair and Deceptive Trade Practices.

This, the 13th day of March, 2026

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Counsel for Defendant
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com
*Counsel for Defendants*

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to CM/ECF participants, and that the undersigned will serve counsel not registered with CM/ECF by e-mail as follows:

>Jordan LaTorre
>David Redding
>2901 Providence Road, Suite 303
>Charlotte, North Carolina 28211
>(704) 900-2215
>jlatorre@tlg-law.com
>dredding@tlg-law.com
>*Counsel for Plaintiff*

This, the 13th day of March, 2026

**HULL & CHANDLER**

>By: */s/ Elizabeth Vennum*
>Elizabeth Vennum
>N.C. State Bar No. 49747
>Counsel for Defendant
>Hull & Chandler
>1009 East Boulevard
>Charlotte, NC 28203
>Tel. (704) 375-8488
>Fax (704) 375-8487
>lvennum@lawyercarolina.com