IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 3:26-cv-00157

| | |
|---|---|
| **Emage Medical, LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Insight Innovation Partners, LLC and Cari Ray**<br><br>**Defendants.** | **Certification** |

    Pursuant to the June 18, 2024 Standing Order of this Court In Re: Use of Artificial Intelligence, 3:24-mc-104, the undersigned submits the following certification in relation to the previously-filed Defendant's Memorandum of Law in Support of their Motion to Dismiss (ECF No. 7).

    1. No artificial intelligence was employed in doing the research for the preparation of this Memorandum, with the exception of such artificial intelligence embedded in standard online legal research sources.

    2. Every statement and every citation to an authority contained in this Memorandum has been checked by the undersigned as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

1

Respectfully submitted,

This the 13th day of March, 2026,

**HULL & CHANDLER**

                                                   */s/ Elizabeth Vennum*
                                                 Elizabeth Vennum
                                                 NC State Bar No. 49747
                                                 Hull & Chandler
                                                 1009 East Boulevard
                                                 Charlotte, North Carolina 28203
                                                 Telephone: (704) 375-8488
                                                 Fax: (704) 375-8487
                                                 E-mail: lvennum@lawyercarolina.com
                                                 *Counsel for Defendants*

## Certificate of Service

      This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to CM/ECF participants, and that the undersigned will serve counsel not registered with CM/ECF by e-mail as follows:

                                Jordan LaTorre
                                David Redding
                                2901 Providence Road, Suite 303
                                Charlotte, North Carolina 28211
                                (704) 900-2215
                                jlatorre@tlg-law.com
                                dredding@tlg-law.com
                                *Counsel for Plaintiff*

This the 13th day of March, 2026,

**HULL & CHANDLER**

                                */s/ Elizabeth Vennum*
                                Elizabeth Vennum
                                NC State Bar No. 49747
                                Hull & Chandler
                                1009 East Boulevard
                                Charlotte, North Carolina 28203
                                Telephone: (704) 375-8488
                                Fax: (704) 375-8487
                                E-mail: lvennum@lawyercarolina.com
                                *Counsel for Defendants*