# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No. 3:26-cv-00157

EMAGE MEDICAL, LLC

Plaintiff,

v.

INSIGHT INNOVATION PARTNERS, LLC and
CARI RAY,

Defendants.

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

NOW COMES Plaintiff Emage Medical, LLC ("Plaintiff") by and through counsel and respectfully moves the Court for an extension of time within which Plaintiff has to file its memorandum in opposition to Defendants Insight Innovation Partners, LLC and Cari Ray's ("Defendants") Partial Motion to Dismiss by twenty-one (21) additional days, through and including April 17, 2026.

In support of this Motion, Plaintiff states as follows:

1. Defendants filed their Partial Motion to Dismiss on March 13, 2026.

2. Plaintiff's current deadline to file its response to Defendants' Partial Motion to Dismiss is March 27, 2026.

3. The deadline for Plaintiff to file its response has not yet expired.

4. On March 18, 2026, counsel for Plaintiff conferred with counsel for Defendants regarding their need for additional time to prepare and file Plaintiff's response, and counsel for Defendants did not object to the filing of this Motion.

5. Plaintiff is acting in good faith and diligence in filing this Motion and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order extending the time within which Plaintiff must file its response by twenty-one (21) additional days, through and including April 17, 2026.

Respectfully submitted this the 19th day of March, 2026.

TLG LAW

/s/ David G. Redding
Jordan M. LaTorre (NC Bar# 63378)
David G. Redding (NC Bar# 24476)
2907 Providence Road, Suite 303
Charlotte, North Carolina 28211
(704) 900-2215
jlatorre@tlg-law.com
dredding@tlg-law.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on March 19, 2026, the undersigned filed the foregoing using the Court's CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ David G. Redding
David G. Redding