EMAGE MEDICAL, LLC

Plaintiff,

v.

INSIGHT INNOVATION PARTNERS, LLC and
CARI RAY,

Defendants.

**PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE
REPLY TO DEFENDANT CARI
RAY'S COUNTERCLAIMS**

NOW COMES Plaintiff Emage Medical, LLC ("Plaintiff") by and through counsel and respectfully moves the Court for an extension of time within which Plaintiff has to file its reply to Defendant Cari Ray's ("Defendant") Counterclaims (the "Counterclaims") by twenty-one (21) additional days, through and including April 24, 2026.

In support of this Motion, Plaintiff states as follows:

1. Defendant filed her Counterclaims on March 13, 2026.

2. Plaintiff's current deadline to file its reply to the Counterclaims April 3, 2026.

3. The deadline for Plaintiff to file its response has not yet expired.

4. On March 26, 2026, counsel for Plaintiff conferred with counsel for Defendants regarding their need for additional time to prepare and file Plaintiff's reply, and counsel for Defendants did not object to the filing of this Motion.

5. Plaintiff is acting in good faith and diligence in filing this Motion and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order extending the time within which Plaintiff must file its reply by twenty-one (21) additional days, through and including April 24, 2026.

Respectfully submitted this the 27th day of March, 2026.

**TLG LAW**

/s/ David G. Redding
Jordan M. LaTorre (NC Bar# 63378)
David G. Redding (NC Bar# 24476)
2907 Providence Road, Suite 303
Charlotte, North Carolina 28211
(704) 900-2215
jlatorre@tlg-law.com
dredding@tlg-law.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that on March 27, 2026, the undersigned filed the foregoing using the Court's CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ David G. Redding
David G. Redding