# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:26-CV-157-MEO-DCK

| | | |
|---|---|---|
| EMAGE MEDICAL, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| INSIGHT INNOVATIONS PARTNERS | ) | |
| LLC, and CARI RAY, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Extension Of Time…" (Document No. 11) filed March 27, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Extension Of Time…" (Document No. 11) is **GRANTED**. Plaintiff shall file an Answer, or otherwise respond to Defendant Cari Ray's Counterclaims (Document No. 9), on or before **April 24, 2026**.

**SO ORDERED**.

Signed: March 27, 2026

David C. Keesler
United States Magistrate Judge