**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No. 3:26-cv-00157**

| | |
|---|---|
| **Emage Medical, LLC** | |
| **Plaintiffs,** | |
| **v.** | **<u>Certification</u>** |
| **Insight Innovation Partners, LLC and Cari Ray** | |
| **Defendants.** | |

Pursuant to the June 18, 2024 Standing Order of this Court In Re: Use of Artificial Intelligence, 3:24-mc-104, the undersigned submits the following certification in relation to the previously-filed Defendant's Memorandum of Law in Support of their Motion to Dismiss (ECF No. 7).

1. No artificial intelligence was employed in doing the research for the preparation of this Memorandum, with the exception of such artificial intelligence embedded in standard online legal research sources.

2. Every statement and every citation to an authority contained in this Memorandum has been checked by the undersigned as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

1

Respectfully submitted,

This the 24th day of April, 2026,

**HULL & CHANDLER**

*/s/ Elizabeth Vennum*
Elizabeth Vennum
NC State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 375-8488
Fax: (704) 375-8487
E-mail: lvennum@lawyercarolina.com
*Counsel for Defendants*

2

<u>**Certificate of Service**</u>

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to CM/ECF participants, and that the undersigned will serve counsel not registered with CM/ECF by e-mail as follows:

> Jordan LaTorre
> David Redding
> 2901 Providence Road, Suite 303
> Charlotte, North Carolina 28211
> (704) 900-2215
> jlatorre@tlg-law.com
> dredding@tlg-law.com
> *Counsel for Plaintiff*

This the 24th day of April, 2026,

**HULL & CHANDLER**

> */s/ Elizabeth Vennum*
> Elizabeth Vennum
> NC State Bar No. 49747
> Hull & Chandler
> 1009 East Boulevard
> Charlotte, North Carolina 28203
> Telephone: (704) 375-8488
> Fax: (704) 375-8487
> E-mail: lvennum@lawyercarolina.com
> *Counsel for Defendants*

3